Gregory P. Konoske, Esq.  SBN: 095393
D. Amy Akiyama, Esq.  SBN: 109499
**KONOSKE AKIYAMA & BRUST, LLP**
16880 West Bernardo Drive, Suite 250
San Diego, CA 92127-1615
Telephone: (858) 385-0871
Facsimile: (858) 613-0871

**JS-6**

Attorneys for Defendant, GOVERNMENT EMPLOYEES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| NANETTE DUNLOP, | ) **Case No.:  5:16-cv-00629-VAP(KKx)** |
| Plaintiff, | ) **[PROPOSED]  O R D E R   R E:** |
| | ) **STIPULATION TO REMAND CASE** |
| vs. | ) **TO SAN BERNARDINO COUNTY** |
| | ) **SUPERIOR COURT** |
| GOVERNMENT  EMPLOYEES | ) |
| INSURANCE COMPANY, | ) **[San Bernardino County Superior** |
| | ) **Court Case No. CIVDS 1603292]** |
| Defendant. | ) |
| | ) District Judge: Hon. Virginia A. Phillips |
| | ) Mag. Judge: Hon. Kenly Kiya Kato |

Upon due consideration of the stipulation between the parties to remand case to San Bernardino County Superior Court and good cause appearing, the Court **GRANTS** the parties' request that the matter be remanded.  IT IS HEREBY ORDERED THAT:

(1)  United States District Court Central District of California, Eastern Division Case No.: 5:16-cv-00629-VAP(KKx) be remanded to San Bernardino County Superior Court Case No. CIVDS 1603292.

(2)  Costs and fees are not awarded to either party as a consequence of the order to remand this proceeding.

(3) Plaintiff NANETTE DUNLOP stipulates to a limitation of damages in **San Bernardino County Superior Court Case No. CIVDS 1603292** to $75,000.00 (Seventy-Five Thousand Dollars and no cents) or less.

1      (4) Defendant GOVERNMENT EMPLOYEES INSURANCE COMPANY

2  retains the right to remove the action again if Plaintiff DUNLOP tries to set aside the

3  stipulation to limit the amount in controversy.

4

5

6  **IT IS SO ORDERED:**

7  DATED: May 2, 2016

8  _____
   Honorable Virginia A. Phillips
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28